ROSE STALLONE, PLAINTIFF-RESPONDENT, v.
SCHIAVONE-BONOMO CORP., DEFENDANT-PETITIONER.

See same case below: 103 *N. J. Super.* 170.

*Messrs. Lamb, Blake, Hutchinson & Dunne* for the petitioner.

*Mr. Abrahm Lightdale* and *Mr. Joseph Persky* for the respondent.

January 14, 1969. Denied.

ABRAHAM YAMPOLSKY, a/k/a AL YOUNG, PLAINTIFF-
RESPONDENT, v. SICKEL'S FOOD CENTER, INC., DE-
FENDANT-PETITIONER.

*Messrs. White, Simpson & Stanton* for the defendant-petitioner.

*Messrs. Ballen & Batoff* and *Mr. Mario A. Iavicoli* for the plaintiff-respondent.

January 14, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. EARL STAPLES, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Carl A. Soller* for the petitioner.

*Mr. James A. Tumulty, Jr.,* and *Mr. Abel Goldstein* for the respondent.

January 14, 1969. Denied.